Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| EMPLOYEE PAINTERS' TRUST HEALTH & WELFARE FUND and INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES PENSION FUND,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>T & K INDUSTRIAL, INC., a Washington corporation,<br><br>　　　　　　　　　　　Defendant. | CAUSE NO.: CV05-688Z<br><br>ORDER FOR DEFAULT JUDGMENT<br><br>**Clerk's Action Required** |

　　　Plaintiffs Employee Painters' Trust Health & Welfare Fund and International Union of Painters and Allied Trades Pension Fund (Trust Funds) have moved the Court for Default Judgment against Defendant T & K Industrial, Inc., a Washington corporation (Employer).

**SUMMARY OF JUDGMENT**

1.　Judgment Creditors:　　Employee Painters' Trust Health & Welfare Fund and International Union of Painters and Allied Trades Pension Fund

2.　Judgment Debtors:　　T & K Industrial, Inc., a Washington corporation

ORDER FOR DEFAULT JUDG
CASE NO. CV05-688Z - PAGE 1 OF 3

EKMAN, BOHRER & THULIN, P.S.
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587

|   |                              |                              |
|---|------------------------------|------------------------------|
| 3. | Contributions:              | $13,231.51                  |
| 4. | Liquidated Damages:         | $1,323.15                   |
| 5. | Interest to Date of Judgment: | $2,667.80                 |
| 6. | Costs:                      | $406.11                     |
| 7. | Audit Cost:                 | $2,438.59                   |
| 8. | Attorney's Fees:            | $1,367.50                   |
| 9. | Post-Judgment Interest:     | 4.08% per annum             |
| 10.| Attorney for Judgment Creditor: | Robert A. Bohrer, WSBA No. 5050  EKMAN, BOHRER & THULIN, P.S. |

Pursuant to Plaintiff Trust Funds' Motion for an entry of Default Judgment against Defendant Employer and the Court having considered the pleadings on file, including the Order of Default entered on June 22, 2005, and otherwise being generally advised, it is hereby

**ORDERED** that Plaintiff Trust Funds be awarded a Default Judgment against Defendant Employer in the amount $21,434.66 representing contributions covering the period January 2001 through October 2004 in the amount $13,231.51, liquidated damages in the amount $1,323.15, interest in the amount $2,667.80, audit fee in the amount $2,438.59, costs in the amount $406.11, and attorney's fees in the amount $1,367.50, for a total amount owing of $21,434.66.

**IT IS FURTHER ORDERED** that such Default Judgment is deemed a final judgment pursuant to FRCP 54(c) and there is no just reason for delay in entry of such judgment on Plaintiff Trust Funds' claims herein.

**IT IS FURTHER ORDERED** that this Judgment shall accrue interest on the total unpaid balance at the rate of 4.08% per annum.

DATED this 12th day of October, 2005.

_____
THE HONORABLE THOMAS ZILLY

ORDER FOR DEFAULT JUDG
CASE NO. CV05-688Z - PAGE 2 OF 3

EKMAN, BOHRER & THULIN, P.S.
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587

1

2  Presented by:

3  s/Robert A. Bohrer
   WSBA #5050
   Ekman, Bohrer & Thulin, P.S.
4  220 W. Mercer, Ste. 400
   Seattle, WA  98119
5  Telephone: (206) 282-8221
   Fax: (206) 285-4587
6  E-mail: r.bohrer@ekmanbohrer.com
   Attorney for Plaintiff Trust Funds

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ORDER FOR DEFAULT JUDG
CASE NO. CV05-688Z - PAGE 3 OF 3

**EKMAN, BOHRER & THULIN, P.S.**
QUEEN ANNE SQUARE
220 WEST MERCER ST., SUITE 400
SEATTLE, WASHINGTON 98119
TELEPHONE (206) 282-8221
FAX (206) 285-4587